UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :
                                    :   **SEALED INDICTMENT**
        - v. -                      :
                                    :   20 Cr.
DARON GOODMAN and                   :
JAMARR SIMMONS,                     :
                                    :
                    Defendants.     :
                                    :
- - - - - - - - - - - - - - - - - - x

20 CRIM 057

### COUNT ONE

The Grand Jury charges:

1. On or about January 11, 2020, in the Southern District of New York and elsewhere, DARON GOODMAN and JAMARR SIMMONS, the defendants, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely a murder committed for the purpose of maintaining and increasing position in an enterprise engaged in racketeering activity, in violation of Title 18, United States Code, Section 1959(a)(1), willfully and knowingly did use and carry firearms, and in furtherance of such crime, did possess firearms, and in the course thereof did cause the death of a person through the use of firearms, which killing is murder as defined in Title 18, United States Code, Section 1111(a), and did aid and abet the

same, to wit, GOODMAN and SIMMONS shot and killed Jason Parris in the vicinity of 1441 Webster Avenue, Bronx, New York.

(Title 18, United States Code, Sections 924(j) and 2.)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**DARON GOODMAN and
JAMARR SIMMONS,**

Defendants.

---

**SEALED INDICTMENT**

(18 U.S.C. §§ 924(j) and 2.)

GEOFFREY S. BERMAN
United States Attorney.

A TRUE BILL

Foreperson.

---

1/22/2020   Filed Indictment under seal
Arrest warrants issued

USMJ Gorenstein