

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 17, 2020

**BY ECF**

The Honorable George B. Daniels
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *United States v. Willie Evans et al.*, **S3 20 Cr. 57 (GBD)**

Dear Judge Daniels:

  Enclosed with this letter, please find a proposed protective order governing Rule 16 materials in this case. A hard copy of this proposed order will be delivered to Your Honor's chambers.

          Respectfully submitted,

          GEOFFREY S. BERMAN
          United States Attorney

        By: _s/_____
         Adam S. Hobson
         Michael D. Longyear
         Jacob Warren
         Assistant United States Attorneys
         Southern District of New York

cc: All Counsel of Record (by ECF)