UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America | **Protective Order** |
| v. | **S3 20 Cr. 57 (GBD)** |
| Willie Evans et al., | |
| *Defendants.* | |

**SO ORDERED:**

*George B. Daniels*

George B. Daniels, U.S.D.J.

Dated:     MAR 1 7 2020

Upon the application of the United States of America, with the consent of the undersigned

counsel, and the defendants having requested discovery under Fed. R. Crim. P. 16, the Court

hereby finds and orders as follows:

1. **Disclosure Material.** The Government will make disclosure to the defendants of

documents, objects and information, including electronically stored information ("ESI"), pursuant

to Federal Rule of Criminal Procedure 16, 18 U.S.C. § 3500, and the Government's general

obligation to produce exculpatory and impeachment material in criminal cases, all of which will

be referred to herein as "disclosure material." The Government's disclosure material may include

material that (1) affects the privacy and confidentiality of individuals and entities; (2) would

impede, if prematurely disclosed, the Government's ongoing investigation of uncharged

individuals; and (3) is not authorized to be disclosed to the public or disclosed beyond that which

is necessary for the defense of this criminal case.

2. **Sensitive Disclosure Material.** Certain of the Government's disclosure material,

referred to herein as "sensitive disclosure material," contains information that identifies, or could

lead to the identification of, witnesses who may be subject to intimidation or obstruction, and

whose lives, persons, and property, as well as the lives, persons and property of loved ones, will

be subject to risk of harm absent the protective considerations set forth herein. The Government's

designation of material as sensitive disclosure material will be controlling absent contrary order of the Court.

3. **Facilitation of Discovery.** The entry of a protective order in this case will permit the Government to produce expeditiously the disclosure material without further litigation or the need for redaction. It will also afford the defense prompt access to those materials, in unredacted form, which will facilitate the preparation of the defense.

4. **Good Cause.** There is good cause for entry of the protective order set forth herein.

**Accordingly it is hereby Ordered:**

5. Disclosure material shall not be disclosed by the defendants or defense counsel, including any successor counsel ("the defense") other than as set forth herein, and shall be used by the defense solely for purposes of defending this action. The defense shall not post any disclosure material or sensitive disclosure material on any Internet site or network site to which persons other than the parties hereto have access, and shall not disclose any disclosure material to the media or any third party except as set forth below.

2

6. Sensitive disclosure material shall be kept in the sole possession of counsel; shall not be reviewed or maintained by the defendant outside the presence of counsel or personnel employed by or retained by counsel; shall not be copied or otherwise recorded by the defendants; and may be disclosed by counsel only to personnel for whose conduct counsel is responsible, *i.e.*, personnel employed by or retained by counsel, as needed for purposes of defending this action.

7. The Government may authorize, in writing, disclosure of disclosure material and sensitive disclosure material beyond that otherwise permitted by this Order without further Order of this Court.

8. This Order does not prevent the disclosure of any disclosure material in any hearing or trial held in this action, or to any judge or magistrate judge, for purposes of this action. However, sensitive disclosure material pertinent to any motion before the Court should initially be filed under seal, absent consent of the Government or Order of the Court. All filings should comply with the privacy protection provisions of Fed. R. Crim. P. 49.1.

### Disclosure and Protection of Seized ESI

9. The Government has advised that information that may be subject to disclosure in this case may be contained within ESI that the Government has seized, pursuant to warrants issued during the course of the investigation, from various social media accounts, cellphones, and other devices and storage media. This ESI was seized from various cellphones and/or social media accounts belonging to the defendants.

10. The Government is authorized to disclose to counsel for the defendants, for use solely as permitted herein, the entirety of such seized ESI as the Government believes may contain

3

disclosure material ("the seized ESI disclosure material").  The defendants, defense counsel, and personnel for whose conduct counsel is responsible, *i.e.*, personnel employed by or retained by counsel, may review the seized ESI disclosure material to identify items pertinent to the defense. They shall not further disseminate or disclose any portion of the seized ESI disclosure material except as otherwise set forth under this Order.

11. This Order places no restriction on a defendant's use or disclosure of ESI that originally belonged to the defendant.

## **Return or Destruction of Material**

12. Except for disclosure material that has been made part of the record of this case, the defense shall return to the Government or securely destroy or delete all disclosure material, including the seized ESI disclosure material, within 30 days of the expiration of the period for direct appeal from any verdict in the above-captioned case; the period of direct appeal from any order dismissing any of the charges in the above-captioned case; or the granting of any motion made on behalf of the Government dismissing any charges in the above-captioned case, whichever date is later. This provision does not apply to any disclosure material or ESI that belongs to the defendant.

4

## Retention of Jurisdiction

14. The provisions of this order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney

by: _____ Date: March 9, 2020

Adam S. Hobson
Michael D. Longyear
Jacob Warren
Assistant United States Attorneys


Natali J.H. Todd, Esq.
Bruce D. Koffsky, Esq.
Attorneys for Willie Evans

William J. Stampur, Esq.
Attorney for Tyrone Ervin


Avraham C. Moskowitz, Esq.
Deborah Colson, Esq.
Attorneys for Jamarr Simmons

Jesse M. Siegel, Esq.
Attorney for Sean Gambrell


David Greenfield, Esq.
Dawn M. Florio, Esq.
Attorneys for Albert Shoulders

Elizabeth E. Macedonio, Esq.
Donald Yannella, Esq.
Attorneys for Daron Goodman


Victor L. Hou, Esq.
Attorney for Darnell Cooper

Daniel Parker, Esq.
Attorneys for Javaris Jenkins


5

## Retention of Jurisdiction

14. The provisions of this order shall not terminate at the conclusion of this criminal

prosecution and the Court will retain jurisdiction to enforce this Order following termination of

the case.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney

by: _____     Date:   March 9, 2020

Adam S. Hobson
Michael D. Longyear
Jacob Warren
Assistant United States Attorneys

_____
Natali J.H. Todd, Esq.
Bruce D. Koffsky, Esq.
Attorneys for Willie Evans

_____
William J. Stampur, Esq.
Attorney for Tyrone Ervin

_____
Avraham C. Moskowitz, Esq.
Deborah Colson, Esq.
Attorneys for Jamarr Simmons

_____
Jesse M. Siegel, Esq.
Attorney for Sean Gambrell

_____
David Greenfield, Esq.
Dawn M. Florio, Esq.
Attorneys for Albert Shoulders

_____
Elizabeth E. Macedonio, Esq.
Donald Yannella, Esq.
Attorneys for Daron Goodman

_____
Victor L. Hou, Esq.
Attorney for Darnell Cooper

_____
Daniel Parker, Esq.
Attorneys for Javaris Jenkins

5

**Retention of Jurisdiction**

14. The provisions of this order shall not terminate at the conclusion of this criminal

prosecution and the Court will retain jurisdiction to enforce this Order following termination of

the case.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney

by: _____        Date:   March 9, 2020

Adam S. Hobson
Michael D. Longyear
Jacob Warren
Assistant United States Attorneys


Natali J.H. Todd, Esq.                       William J. Stampur, Esq.
Bruce D. Koffsky, Esq.                       Attorney for Tyrone Ervin
Attorneys for Willie Evans

Avraham C. Moskowitz

Avraham C. Moskowitz, Esq.                   Jesse M. Siegel, Esq.
Deborah Colson, Esq.                         Attorney for Sean Gambrell
Attorneys for Jamarr Simmons


David Greenfield, Esq.                       Elizabeth E. Macedonio, Esq.
Dawn M. Florio, Esq.                         Donald Yannella, Esq.
Attorneys for Albert Shoulders              Attorneys for Daron Goodman


Victor L. Hou, Esq.                          Daniel Parker, Esq.
Attorney for Darnell Cooper                  Attorneys for Javaris Jenkins


5

### Retention of Jurisdiction

14. The provisions of this order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney

by: _____          Date:   March 9, 2020

    Adam S. Hobson
    Michael D. Longyear
    Jacob Warren
    Assistant United States Attorneys

_____          _____
Natali J.H. Todd, Esq.                                      William J. Stampur, Esq.
Bruce D. Koffsky, Esq.                                    Attorney for Tyrone Ervin
Attorneys for Willie Evans

_____          _____
Avraham C. Moskowitz, Esq.                           Jesse M. Siegel, Esq.
Deborah Colson, Esq.                                       Attorney for Sean Gambrell
Attorneys for Jamarr Simmons

_____          _____
David Greenfield, Esq.                                     Elizabeth E. Macedonio, Esq.
Dawn M. Florio, Esq.                                       Donald Yannella, Esq.
Attorneys for Albert Shoulders                        Attorneys for Daron Goodman

_____          _____
Victor L. Hou, Esq.                                          Daniel Parker, Esq.
Attorney for Darnell Cooper                            Attorneys for Javaris Jenkins

5

**Retention of Jurisdiction**

14. The provisions of this order shall not terminate at the conclusion of this criminal

prosecution and the Court will retain jurisdiction to enforce this Order following termination of

the case.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney

by: _____          Date:    March 9, 2020

Adam S. Hobson
Michael D. Longyear
Jacob Warren
Assistant United States Attorneys


_____          _____
Natali J.H. Todd, Esq.                             William J. Stampur, Esq.
Bruce D. Koffsky, Esq.                             Attorney for Tyrone Ervin
Attorneys for Willie Evans


_____          _____
Avraham C. Moskowitz, Esq.                         Jesse M. Siegel, Esq.
Deborah Colson, Esq.                               Attorney for Sean Gambrell
Attorneys for Jamarr Simmons


_____          _____
David Greenfield, Esq.                             Elizabeth E. Macedonio, Esq.
Dawn M. Florio, Esq.                               Donald Yannella, Esq.
Attorneys for Albert Shoulders                      Attorneys for Daron Goodman


_____          _____
Victor L. Hou, Esq.                                Daniel Parker, Esq.
Attorney for Darnell Cooper                         Attorneys for Javaris Jenkins


5

## Retention of Jurisdiction

14. The provisions of this order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney

by: _____

Adam S. Hobson
Michael D. Longyear
Jacob Warren
Assistant United States Attorneys

Date:   March 9, 2020

_____

Natali J.H. Todd, Esq.
Bruce D. Koffsky, Esq.
Attorneys for Willie Evans

William J. Stampur, Esq.
Attorney for Tyrone Ervin

_____

Avraham C. Moskowitz, Esq.
Deborah Colson, Esq.
Attorneys for Jamarr Simmons

Jesse M. Siegel, Esq.
Attorney for Sean Gambrell

_____

David Greenfield, Esq.
Dawn M. Florio, Esq.
Attorneys for Albert Shoulders

Elizabeth E. Macedonio, Esq.
Donald Yannella, Esq.
Attorneys for Daron Goodman

_____

Victor L. Hou, Esq.
Attorney for Darnell Cooper

Daniel Parker, Esq.
Attorneys for Javaris Jenkins

5

## Retention of Jurisdiction

14. The provisions of this order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney

by: _____                    Date:   March 9, 2020

    Adam S. Hobson
    Michael D. Longyear
    Jacob Warren
    Assistant United States Attorneys


_____                    _____
Natali J.H. Todd, Esq.                                      William J. Stampur, Esq.
Bruce D. Koffsky, Esq.                                      Attorney for Tyrone Ervin
Attorneys for Willie Evans


_____                    _____
Avraham C. Moskowitz, Esq.                              Jesse M. Siegel, Esq.
Deborah Colson, Esq.                                       Attorney for Sean Gambrell
Attorneys for Jamarr Simmons


_____                    _____
David Greenfield, Esq.                                      Elizabeth E. Macedonio, Esq.
Dawn M. Florio, Esq.                                        Donald Yannella, Esq.
Attorneys for Albert Shoulders                          Attorneys for Daron Goodman


_____                    _____
Victor L. Hou, Esq.                                          Daniel Parker, Esq.
Attorney for Darnell Cooper                             Attorneys for Javaris Jenkins


5

**Retention of Jurisdiction**

14. The provisions of this order shall not terminate at the conclusion of this criminal

prosecution and the Court will retain jurisdiction to enforce this Order following termination of

the case.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney

by: _____          Date:   March 9, 2020

Adam S. Hobson
Michael D. Longyear
Jacob Warren
Assistant United States Attorneys


Natali J.H. Todd, Esq.                    William J. Stampur, Esq.
Bruce D. Koffsky, Esq.                    Attorney for Tyrone Ervin
Attorneys for Willie Evans


Avraham C. Moskowitz, Esq.                Jesse M. Siegel, Esq.
Deborah Colson, Esq.                      Attorney for Sean Gambrell
Attorneys for Jamarr Simmons


David Greenfield, Esq.                    Elizabeth E. Macedonio, Esq.
Dawn M. Florio, Esq.                      Donald Yannella, Esq.
Attorneys for Albert Shoulders            Attorneys for Daron Goodman


Victor L. Hou, Esq.                       Daniel Parker, Esq.
Attorney for Darnell Cooper               Attorneys for Javaris Jenkins


5

## Retention of Jurisdiction

14. The provisions of this order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney

by: _____          Date:   March 9, 2020

Adam S. Hobson
Michael D. Longyear
Jacob Warren
Assistant United States Attorneys


_____          _____
Natali J.H. Todd, Esq.                        William J. Stampur, Esq.
Bruce D. Koffsky, Esq.                        Attorney for Tyrone Ervin
Attorneys for Willie Evans


_____          _____
Avraham C. Moskowitz, Esq.                    Jesse M. Siegel, Esq.
Deborah Colson, Esq.                          Attorney for Sean Gambrell
Attorneys for Jamarr Simmons


_____          _____
David Greenfield, Esq.                        Elizabeth E. Macedonio, Esq.
Dawn M. Florio, Esq.                          Donald Yannella, Esq.
Attorneys for Albert Shoulders                Attorneys for Daron Goodman

                                              _____
_____          Daniel Parker, Esq.
Victor L. Hou, Esq.                           Attorneys for Javaris Jenkins
Attorney for Darnell Cooper

5

Christine Delince, Esq.
Attorney for Jose Rodriguez

Xavier R. Donaldson, Esq.
Attorney for Jerlaine Little

Katherine R. Goldstein, Esq.
Attorney for Sylvester Wint

Richard Lind, Esq.
Attorney for Shamare Reid

Mark J. Stein, Esq.
Attorney for Yonette Respass

Irving Cohen, Esq.
Attorney for Markquel Simmons

Dawn M. Cardi, Esq.
Attorney for Markell Bobian

Robert A. Soloway, Esq.
Attorney for Tyrique Snowden

Sarah E. Aberg, Esq.
Attorney for Timothy Coleman

Attorney for Ranell Sloan

SO ORDERED:
Dated: New York, New York
        March __, 2020

THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

6

Christine Delince, Esq.
Attorney for Jose Rodriguez

Xavier R. Donaldson, Esq.
Attorney for Jerlaine Little

Katherine R. Goldstein, Esq.
Attorney for Sylvester Wint

Richard Lind, Esq.
Attorney for Shamare Reid

Mark J. Stein, Esq.
Attorney for Yonette Respass

Irving Cohen, Esq.
Attorney for Markquel Simmons

Dawn M. Cardi, Esq.
Attorney for Markell Bobian

Robert A. Soloway, Esq.
Attorney for Tyrique Snowden

Sarah E. Aberg, Esq.
Attorney for Timothy Coleman

Attorney for Ranell Sloan

SO ORDERED:
Dated: New York, New York
        March __, 2020

THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

6

Christine Delince, Esq.
Attorney for Jose Rodriguez

Xavier R. Donaldson, Esq.
Attorney for Jerlaine Little

Katherine R. Goldstein, Esq.
Attorney for Sylvester Wint

Richard Lind, Esq.
Attorney for Shamare Reid

Mark F. Stein, Esq.
Attorney for Yonette Respass

Irving Cohen, Esq.
Attorney for Markquel Simmons

Dawn M. Cardi, Esq.
Attorney for Markell Bobian

Robert A. Soloway, Esq.
Attorney for Tyrique Snowden

Sarah E. Aberg, Esq.
Attorney for Timothy Coleman

Attorney for Ranell Sloan

SO ORDERED:
Dated: New York, New York
       March __, 2020

THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

6

| | |
|---|---|
| Christine Delince, Esq.<br>Attorney for Jose Rodriguez | Xavier R. Donaldson, Esq.<br>Attorney for Jerlaine Little |
| Katherine R. Goldstein, Esq.<br>Attorney for Sylvester Wint | Richard Lind, Esq.<br>Attorney for Shamare Reid |
| Mark J. Stein, Esq.<br>Attorney for Yonette Respass | Irving Cohen, Esq.<br>Attorney for Markquel Simmons |
| Dawn M. Cardi, Esq.<br>Attorney for Markell Bobian | Robert A. Soloway, Esq.<br>Attorney for Tyrique Snowden |
| Sarah E. Aberg, Esq.<br>Attorney for Timothy Coleman | Attorney for Ranell Sloan |

SO ORDERED:
Dated:  New York, New York
        March __, 2020

_____
THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

6

---

Christine Delince, Esq.
Attorney for Jose Rodriguez

---

Xavier R. Donaldson, Esq.
Attorney for Jerlaine Little

---

Katherine R. Goldstein, Esq.
Attorney for Sylvester Wint

---

Richard Lind, Esq.
Attorney for Shamare Reid

---

Mark J. Stein, Esq.
Attorney for Yonette Respass

---

Irving Cohen, Esq.
Attorney for Markquel Simmons

---

Dawn M. Cardi, Esq.
Attorney for Markell Bobian

---

Robert A. Soloway, Esq.
Attorney for Tyrique Snowden

---

Sarah E. Aberg, Esq.
Attorney for Timothy Coleman

---

Attorney for Ranell Sloan

SO ORDERED:
Dated: New York, New York
          March __, 2020

---

THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

6

Christine Delince, Esq.
Attorney for Jose Rodriguez

Xavier R. Donaldson, Esq.
Attorney for Jerlaine Little

Katherine R. Goldstein, Esq.
Attorney for Sylvester Wint

Richard Lind, Esq.
Attorney for Shamare Reid

Mark J. Stein, Esq.
Attorney for Yonette Respass

Irving Cohen, Esq.
Attorney for Markquel Simmons

Dawn M. Cardi, Esq.
Attorney for Markell Bobian

Robert A. Soloway, Esq.
Attorney for Tyrique Snowden

Sarah E. Aberg, Esq.
Attorney for Timothy Coleman

Michael Sporn, Esq.
Attorney for Ranell Sloan

SO ORDERED:
Dated: New York, New York
March __, 2020

THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

6

Christine Delince, Esq.
Attorney for Jose Rodriguez

Katherine R. Goldstein, Esq.
Attorney for Sylvester Wint

Mark J. Stein, Esq.
Attorney for Yonette Respass

Dawn M. Cardi, Esq.
Attorney for Markell Bobian

Sarah E. Aberg, Esq.
Attorney for Timothy Coleman

Xavier R. Donaldson, Esq.
Attorney for Jerlaine Little

Richard Lind, Esq.
Attorney for Shamare Reid

Irving Cohen, Esq.
Attorney for Markquel Simmons

Robert A. Soloway, Esq.
Attorney for Tyrique Snowden

Attorney for Ranell Sloan

SO ORDERED:
Dated: New York, New York
       March ___, 2020

THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

6

_____
Christine Delince, Esq.
Attorney for Jose Rodriguez

_____
Xavier R. Donaldson, Esq.
Attorney for Jerlaine Little


_____
Katherine R. Goldstein, Esq.
Attorney for Sylvester Wint

_____
Richard Lind, Esq.
Attorney for Shamare Reid


_____
Mark J. Stein, Esq.
Attorney for Yonette Respass

*/s/ Irving Cohen*
_____
Irving Cohen, Esq.
Attorney for Markquel Simmons


_____
Dawn M. Cardi, Esq.
Attorney for Markell Bobian

_____
Robert A. Soloway, Esq.
Attorney for Tyrique Snowden


_____
Sarah E. Aberg, Esq.
Attorney for Timothy Coleman

_____
Attorney for Ranell Sloan


SO ORDERED:
Dated: New York, New York
       March ___, 2020

_____
THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE


6

Christine Delince, Esq.
Attorney for Jose Rodriguez

Xavier R. Donaldson, Esq.
Attorney for Jerlaine Little

Katherine R. Goldstein, Esq.
Attorney for Sylvester Wint

Richard Lind, Esq.
Attorney for Shamare Reid

Mark J. Stein, Esq.
Attorney for Yonette Respass

Irving Cohen, Esq.
Attorney for Markquel Simmons

Dawn M. Cardi, Esq.
Attorney for Markell Bobian

Robert A. Soloway, Esq.
Attorney for Tyrique Snowden

Sarah E. Aberg, Esq.
Attorney for Timothy Coleman

Michael Sporn, Esq.
Attorney for Ranell Sloan

SO ORDERED:
Dated: New York, New York
March __, 2020
MAR 1 7 2020

THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

6