## ADAMS & COMMISSIONG LLP

### ATTORNEYS AT LAW

65 BROADWAY SUITE 715  
NEW YORK, NY 10006  
TEL: 212-430-6590  
FAX: 212-981-3305

MARTIN E. ADAMS  
KARLOFF C. COMMISSIONG  
ADMITTED TO PRACTICE IN NEW YORK  
WWW.AMCMLAW.COM

July 28, 2021

**VIA ECF**

Hon. George B. Daniels  
United States District Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED: JUL 28 2021

SO ORDERED:

*George B. Daniels*  
George B. Daniels, U.S.D.J.

Dated: JUL 28 2021

Re: <u>United States v. Daron Goodman</u>, 20 Cr. 57 (GBD) - Request of Extension of Time to File Motions

Dear Judge Daniels:

I write to request an extension of the deadline for filing pretrial motions, set for August 2, 2021. The government has no objections to this request. Additional time is necessary to continue the review and analysis of discovery produced by the government and to enable the parties to engage in plea negotiations. We propose following the schedule submitted by counsel for co-defendant Quaveon Ross: defense motions by September 16, 2021, government response by October 28, and defense reply by November 11, 2021. Accordingly, we request an extension of the deadline for filing pretrial motions, set for August 2, 2021.

Respectfully Submitted,

Karloff C. Commissiong, Esq.

Cc: AUSA Jacob Warren (via ECF)