**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

DARON GOODMAN,

          Defendant.

------------------------------------x

SCHEDULING ORDER

S3 20 Cr. 57-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

A change of plea hearing is scheduled for March 29, 2023 at 10:15 a.m.

Dated: March 22, 2023
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge