UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

DARON GOODMAN,

                          Defendant.

------------------------------------- x

ORDER

20 Crim. 57-1 (GBD)

GEORGE B. DANIELS, District Judge:

    Defendant's unopposed request seeking an adjournment of the sentencing set for July 25, 2023 is GRANTED. Sentencing is adjourned to October 10, 2023 at 10:00 a.m.

    The Clerk of Court is directed to close the open motion at ECF No. 668.

Dated: JUN 2 9 2023
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE