UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

DARON GOODMAN,

                 Defendant.

------------------------------------x

ORDER

S3 20 Crim. 57-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Having received Defendant's request for an adjournment, the sentencing scheduled for December 6, 2023 is adjourned to January 10, 2024 at 10:00 a.m.

Dated: December 4, 2023
      New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge