UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

DARON GOODMAN,

    Defendant.

------------------------------------x

ORDER

S3 20 Crim. 57-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The sentencing scheduled for January 10, 2024 is hereby adjourned to January 16, 2024 at 12:30 p.m.

Dated: January 9, 2023
      New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge